AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| Transatlantica Commodities Pte Ltd. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-03348-CPO-SAK |
| Hanwin Shipping Limited ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hanwin Shipping Limited                                                                                         .

Date:    06/10/2022                                      /s/ Daniel H. Wooster
                                                                        *Attorney's signature*

                                                              Daniel H. Wooster (NJ 039462003)
                                                                   *Printed name and bar number*

                                                              Palmer Biezup & Henderson LLP
                                                              923 Haddonfield Road, Suite 300
                                                              Cherry Hill, NJ 08002
                                                                                *Address*

                                                              dwooster@pbh.com
                                                                        *E-mail address*

                                                              (856) 428-7717
                                                                    *Telephone number*

                                                              (215) 625-0185
                                                                        *FAX number*