[ECF Nos. 13, 15]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

---

Transatlantica Commodities Pte Ltd.,

    Plaintiff,

   -against-

Hanwin Shipping Limited,

    Garnishee., *in personam*

and

The Master of the M/V INDIGO SPICA,

    Garnishee.

Case No. 1:22-cv-3348

**IN ADMIRALTY**

---

### AGREED MOTION AND ORDER TO RELEASE ATTACHMENT OF PROPERTY AND TO STAY CASE PENDING ARBITRATION

Satisfactory security having been arranged in the form of an escrow account held by counsel for Hanwin Shipping Limited ("Hanwin") subject to a Supplemental Escrow Agreement dated June 10, 2022, Transatlantica Commodities Pte Ltd. ("Transatlantica") moves for release from attachment the bunkers ("Bunkers") aboard the M/V INDIGO SPICA (Vessel).

Transatlantica further moves that this case be stayed pending the outcome of charter party arbitration between Transatlantica and Hanwin or until further order of this Court.

WHEREFORE, Transatlantica respectfully requests this Court to grant this motion, entering the order below.

Dated: June 10, 2022.

Respectfully Submitted,

| | |
|---|---|
| MATTIONI, LTD | /s/ J. Stephen Simms |
| BY: /s/ Stephen J. Galati, Esquire | J. Stephen Simms (pro hac vice) |
| Attorney Identification No. SG0492 | Simms Showers LLP |
| 1316 Kings Highway | 201 International Circle |
| Swedesboro, NJ 08085 | Baltimore, Maryland 21030 |
| Ph. 856-241-9779 | Ph: 410-783-5795 |
| Fax.: 856-241-9989 | Fax 410-510-1789 |
| E-mail: sgalati@mattioni.com | jssimms@simmsshowers.com |

Transatlantica Counsel

*Stipulated and Agreed to by Counsel for Hanwin:*

PALMER BIEZUP & HENDERSON LLP

By: /s/ Daniel H. Wooster
923 Haddonfield Road
Suite 300
Cherry Hill, NJ 08002
856-428-7717
dwooster@pbh.com

## ORDER

Upon the foregoing agreed motion, this Court hereby **GRANTS** the motion, and ORDERS that the Bunkers are released from attachment, and that this case hereby is stayed pending the outcome of charter party arbitration between Transatlantica and Hanwin or until further order of this Court.

**SO ORDERED** on this **10th** day of **June, 2022**.

_Sharon A. King_
Sharon A. King
United States Magistrate Judge