IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| Transatlantica Commodities Pte Ltd., | Case No. 1:22-cv-3348 |
| Plaintiff, | **IN ADMIRALTY** |
| -against- | |
| Hanwin Shipping Limited, | |
| Garnishee., *in personam* | |
| and | |
| The Master of the M/V INDIGO SPICA, | |
| Garnishee. | |

## STATUS REPORT ON PENDING LONDON MARITIME ARBITRATION

In response to the Court's Order today [ECF 19], Transatlantica reports that the London maritime arbitration with Hanwin Shipping Limited ("Hanwin") continues to be ongoing. There has been no result in the arbitration. Transatlantica estimates, based on the typical, extended duration of London maritime arbitrations, that the arbitration may not conclude until the fourth quarter of 2024, if by then.

1

Transatlantica will report to the Court, any conclusion of the arbitration whether by final award or settlement

Dated: January 3, 2024.

Respectfully Submitted,

MATTIONI, LTD

BY: /s/ Stephen J. Galati, Esquire
Attorney Identification No. SG0492
1316 Kings Highway
Swedesboro, NJ 08085
Ph. 856-241-9779
Fax.: 856-241-9989
E-mail: sgalati@mattioni.com

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice*)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Ph: 410-783-5795
Fax 410-510-1789
jssimms@simmsshowers.com

Transatlantica Counsel